# **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOW TO PROCEED WITH AN EMPLOYMENT DISCRIMINATION OR
REHABILITATION ACT LAWSUIT

INSTRUCTIONS FOR A PERSON WITHOUT AN ATTORNEY

This packet contains forms to permit you to file the following:

Form 1.        Civil Complaint

Form 2.        Description of Lawsuit for Court Assignment

Form 3.        Application to Proceed In Forma Pauperis (for people unable to pay the filing fee)

Form 4.        Request for Appointment of Attorney

GENERAL INSTRUCTIONS

FORM 1 – CIVIL COMPLAINT

You should fill out and file Form 1 – Civil Complaint. When filling out the complaint, you should remember the following:

1)    You are the plaintiff. The defendant(s) is the employer(s) being sued. If you are filing against a government agency or department, use the title of the head of that agency or department – such as Postmaster General, Secretary of the Navy, Secretary of Welfare of Pennsylvania, etc.

2)    Your complaint must be legibly printed by hand or typewritten.

3)    You must personally sign your complaint and declare under penalty of perjury that the facts you allege are correct.

4)    You must attach to the complaint a copy of your Notice of Right to Sue Letter from the Equal Employment Opportunity Commission. The complaint must be filed within the time specified in your Notice of Right to Sue Letter.

FORM 2 – DESCRIPTION OF LAWSUIT FOR COURT ASSIGNMENT

When you file your complaint, you must also complete and file an original and one copy of Form 2 – Description of Lawsuit for Court Assignment.

(Rev. 5/2017)

-1-

## FORM 3 – MOTION TO PROCEED IN FORMA PAUPERIS ("IFP")

In order for the complaint to be filed, it must be accompanied by the filing fee of $350 plus a $55.00 Administrative Fee.   If you are unable to pay the filing fee, you must file Form 3 – Motion to Proceed In Form Pauperis with the complaint.   On Form 3, you must provide an explanation for why you are unable to pay the filing fee.   For example: "I am unemployed and have no money except unemployment compensation."   Or: "I earn $____ a week and must support a family of ____."

The judge assigned to your case will decide whether to grant you permission to file your case in forma pauperis.   If the judge grants you permission to proceed in forma pauperis, then the U.S. Marshal's Office will serve copies of your complaint on the defendant(s).   Therefore, you must give the correct name and address of each defendant.

If the judge does not grant permission to proceed in forma pauperis, then you must pay the $350 filing fee.   You then must arrange to serve the complaint on the defendant(s).   The U.S. Marshal's Office will **not** automatically serve the complaint for you if you are not granted in forma pauperis status.

## FORM 4 – REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 4 – Request for Appointment of Attorney.   Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description.   Please read this enclosure carefully.

You may obtain a copy of your investigative file.   Federal employees may do so from the federal agency involved by calling that agency.   Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

> Fredricka Warren
> Christine Spriggs
> EEOC, Information Specialists
> 801 Market Street, Suite 1300
> Philadelphia, PA 19107

When you have completed your forms, bring them or mail them to:

> Clerk of Court
> United States District Court
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

If you have any questions, you may call the Clerk's Office at (215) 597-7704 and ask for the Pro Se Writ Clerk.

**NOTE:** You should keep a copy of the forms that you file for your records.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

_____
 Charity D. Calloway
_____
*Full name(s) of Plaintiff(s)*

v.

_____
 Villanova University
_____
*Full name(s) of Defendant(s)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO._____

This action is brought for discrimination in employment pursuant to (check only those that apply):

- **\*** Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
  *NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

- ____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
  *NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

- ____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
  *NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

- **\*** Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

> *NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name: Charity D. Calloway
              Street Address: 3000 Chestnut Street, 7511
              County, City: Philadelphia
              State & Zip: Pennsylvania, 19101
              Telephone Number: 267-595-0790

B.  List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.  Attach additional sheets of paper as necessary.

Defendant     Name: Villanova University
              Street Address: 800 Lancaster Avenue
              County, City: Villanova
              State & Zip: Pennsylvania, 19085
              Telephone Number: 610-519-4500

C.  The address at which I sought employment or was employed by the defendant(s) is:

              Employer: Villanova University
              Street Address: 800 Lancaster Avenue
              County, City: Villanova
              State & Zip: Pennsylvania, 19085
              Telephone Number: 610-519-4500

II. **Statement of the Claim**

A.  The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

  **\***    Failure to hire me

  ____    Termination of my employment

  ____    Failure to promote me

-2-

    ____    Failure to reasonably accommodate my disability

    ____    Failure to reasonably accommodate my religion

    ____    Failure to stop harassment

    ____    Unequal terms and conditions of my employment

    ____    Retaliation

    **\***    Other (*specify*): Potential collusion with former employer – Civil Case 24-cv-06230, as the job offer rescinded immediately following end of employment with Defendant in case referenced here.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) **09**, (day) **26**, (year) **2023**.

C.    I believe that the defendant(s) (check one):

    ____    is still committing these acts against me.
    ____    is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

    **\***    race  **African American**    ____  color _____

    ____    religion _____    ____  gender/sex _____

    ____    national origin _____

    ____    age    My date of birth is **03/07/1987** (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

I believe the employer Villanova University discriminated against me based on my race as an African American and further retaliated against me after I filed an incident report against one of their staff members during the pre-employment procedures, and then rescinded their job offer as a result of the alleged discrimination and retaliation. Please see full EEOC complaint No. 530-2024-04220.

_____
_____
_____

-3-

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III.** **Exhaustion of Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __07/29/2024__ (*Date*).

B. The Equal Employment Opportunity Commission (*check one*):

   ____ has not issued a Notice of Right to Sue Letter.
   _✱_ issued a Notice of Right to Sue Letter, which I received on _10/22/2024_ (*Date*).

   **NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

   ____ 60 days or more have passed.
   _✱_ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

   ____ One year or more has passed.
   ____ Less than one year has passed.

IV.     Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

***\*\*___***     Direct the defendant to hire the plaintiff.

____     Direct the defendant to re-employ the plaintiff.

____     Direct the defendant to promote the plaintiff.

____     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

____     Direct the defendant to reasonably accommodate the plaintiff's religion.

**\*___**     Direct the defendant to (*specify*):__correct any false and deceptive records about the plaintiff.__

**\*___**     If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

____     Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __22__ day of ____January____, 20__25__.

                          Signature of Plaintiff  *Charity D. Calvary*
                          Address                __3000 Chestnut Street, 7511__
                                                              __Philadelphia, PA 19101__

                          Telephone number   __267-595-0790__
                          Fax number (*if you have one*) _____

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __3000 Chestnut Street, 7511, Philadelphia, PA 19101__

Address of Defendant: __800 Lancaster Ave, Villanova, PA 19085__

Place of Accident, Incident or Transaction: _____

---

**RELATED CASE, IF ANY:**

Case Number: __24-cv-06230__    Judge: __Mary Kay Costella__    Date Terminated: _____

Civil cases are deemed related when **Yes** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]   No [✔]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes [✔]   No [ ]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes [ ]   No [✔]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes [ ]   No [✔]

I certify that, to my knowledge, the within case [●] is / [ ] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __01/22/2025__    _Charity O'Callway_ **Must sign here**    _____
                          *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**

1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [✔] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [ ] All other Federal Question Cases
    *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**

1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [ ] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury *(Please specify):* _____
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

[ ] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: _____    **Sign here if applicable** _____    _____
                              *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

EEOC Form 5 (11/09)

|  |  |  |
|---|---|---|
| # CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>**530-2024-04220** |
| **Pennsylvania Human Relations Commission**<br>*State or local Agency, if any* | | and EEOC |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Charity Calloway | 267-595-0790 | 1987 |

Street Address

PO Box 7511

PHILADELPHIA, PA 19101

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| VILLANOVA UNIVERSITY | 201 - 500 Employees | |

Street Address

800 E LANCASTER AVE

VILLANOVA, PA 19085

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address     City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Race, Retaliation | Earliest: 09/26/2023    Latest: 11/14/2023 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

On or around October 5, 2023, the Respondent, Villanova University, offered me the position as Wait Staff in their Catering Department, then illegally rescinded their job offer. I am an African American female, and I believe the Respondent discriminated against me based on my race, treated me in an unfair and hostile manner, harassed and racially profiled me throughout the entire pre-employment process. To comply with the Respondent's hiring procedures, I completed their pre-employment background checks and clearances, including FBI fingerprinting, and provided all requested documents. Amongst the Respondent's staff who conducted the procedures, I was the only person of color. On or around September 26, 2023, I was made to wait well past the scheduled interview time without communication from the hiring manager, who later stated they didn't see me. On or around October 24, 2023, the Respondent's fingerprint staff, Carolyn MacKay, was overly insistent that I provide her with a form of identification other than what was required by the FBI fingerprint instructions and refused to accept my correct form of government-issued identification until I asked to speak with her supervisor. The staff continued to act in a nonstandard manner such as taking my photo before I was fully seated in the chair while mishandling my sensitive, identifying information. Furthermore, I was grossly mischaracterized and mislabeled as manipulative and combative by the Respondent's Human Resources, Shannan Ott, when I rightly disputed deceptive information reported by their

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Charity Calloway**<br>07/29/2024<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Page 1 of 3

EEOC Form 5 (11/09)

|  |  |  |
|---|---|---|
| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>**530-2024-04220** |
| **Pennsylvania Human Relations Commission**<br>*State or local Agency, if any* | | and EEOC |

third-party background screening company HireRight. In a deceptive manner, the Respondent was satisfied with HireRight misreporting my then current employment as a discrepancy - which was relevant work experience for the job offered. In a suspicious manner, the Respondent also replaced my current resume with an outdated resume, then refused to correct their error. The staff became repeatedly hostile and unreasonably angry when I tried to represent my pre-employment candidate profile accurately.

On October 24, 2023, I filed an incident report about the events that occurred during the fingerprinting procedures to the Respondent's on-campus public safety. Despite the Respondent contacting me on November 8, 2023 for a start date, on November 14, 2023, the Respondent suddenly withdrew their job offer, stating that their hiring needs changed. The Respondent was also aware I had just ended my then current employment to start working at the University. I believe that their decision to withdraw their job offer was retaliatory, discriminatory, and potentially based in fraud. I believe their failure to hire me is also defamatory as it gives the wrong impression that I did not satisfy their background check screens.

I allege the Respondent failed to hire me because they discriminated and retaliated against me because of my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended.

|  |  |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Charity Calloway**<br>07/29/2024<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Page 2 of 3

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Philadelphia District Office
801 Market Street, Suite 1000
Philadelphia, PA 19107-3126
Email: PDOcontact@eeoc.gov
Website: eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

To: Charity Calloway
PO Box 7511
PHILADELPHIA, PA 19101

Re: Charity Calloway v. Villanova University
EEOC Charge Number: 530-2024-04220

EEOC Representative and phone:   Philadelphia Legal Unit, (267) 589-9707

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: Karen McDonough
October 22, 2024

Karen McDonough
Deputy District Director

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**PRIVATE SUIT RIGHTS  --       Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than 2 years (3 years) before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.  Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 530-2024-04220 to the District Director at Jamie Williamson, 801 Market St Suite 1000, Philadelphia, PA 19107. You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login or PHILFOIA@eeoc.gov.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.