IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARITY D. CALLOWAY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-0400 |
| | : | |
| **VILLANOVA UNIVERSITY,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 10th day of March, 2025, upon consideration of *pro se* Plaintiff Charity D. Calloway's "Motion to Accept Amended Complaint" which sets forth her allegations of employment discrimination, and which the Court construes both as a motion to amend the Complaint and an Amended Complaint (*see* ECF No. 11), it is **ORDERED** that:

1.  The Motion (ECF No. 11) is **GRANTED** as Calloway was previously given leave to file an Amended Complaint.

2.  For the reasons set forth in the Court's Memorandum, the Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**MARY KAY COSTELLO, J.**