Ms. Charity Calloway
3000 Chestnut Street,
7511
Philadelphia, PA 19101
E: charitydcalloway@gmail.com
PH: 267-595-0790

<u>Sent Via: Electronic Document Submission (EDS)</u>
United States District Court for the Eastern District of Pennsylvania
Clerk's Office
601 Market Street
Philadelphia, PA 19106

March 11, 2025

| <u>Charity D. Calloway</u> | : | |
|---|---|---|
| (Plaintiff), | : | |
| | : | |
| <u>v.</u> | : | <u>Civil Case No. 25-CV-00400</u> |
| | : | |
| <u>Villanova University</u> | : | |
| (Defendant). | : | |

## MOTION TO RECONSIDER JUDGEMENT

Dear Honorable Costello,

    I am writing as the pro se Plaintiff – Charity D. Calloway, in the above-referenced employment discrimination case against the employer, Villanova University ('Villanova'), Civil Case No. 25-CV-004000; and hereby requesting the Courts reconsider its Opinion and Judgement on the following grounds:

1. I am pro se and not an experienced litigator and was not aware I should have requested relief in my amended complaint. I am requesting relief for compensatory and punitive damages.
2. I adamantly stand on my racial discrimination claims against Villanova, pursuant of Title VII of the Civil Rights Act of 1964. The Defendant illegally rescinded my job offer after I successfully completed their background screening, was offered a start date, and I left previous employment with the trust of starting Villanova's Waitstaff position.
3. As a result of the Defendant's discrimination against my race, I suffered damages in the loss of income and loss of employment.

4. I believe by Discovery, the Courts will learn the Defendant's aforesaid reason stated for rescinding the job offer ("hiring needs changed") is insufficient, frivolous on its face, factually implausible, and based in racial discrimination. The Defendant interviewed me for the job with the stated need for the position in their Catering Department, and it is highly unlikely the need for the position changed between the short time I interviewed for the position and the time they rescinded the job offer.
5. I believe the Defendant's discriminatory and illegal pre-employment practices in addition to their malicious conduct should be disciplined to deter future misconduct, which heavily effects vulnerable populations.
6. I believe Villanova discriminated against my protected characteristics as an African American, in violation of Title VII of the Civil Rights Act of 1964. I was the only person of color amongst the Villanova staff, and they treated with me egregious and unwarranted animus based in racial discrimination.

It is by the facts presented above that a request to Reconsider Civil Action No. 25-cv-00400 be granted.

Respectfully,

*Charity D. Calloway*

Charity Calloway